IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-314-JLK**

**WILLIAM S. LIVERMORE, D.C.,**

    Plaintiff,

v.

**NEW YORK LIFE INSURANCE COMPANY, a New York corporation, and
THE PAUL REVERE LIFE INSURANCE COMPANY, a Delaware corporation, and
UNUMPROVIDENT CORPORATION, a Delaware corporation,**

    Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

The Stipulated Motion to Vacate and Reset Pretrial Conference (doc. #74), filed January 24, 2006, is **GRANTED.** The January 27 pretrial conference is vacated and reset for **March 7, 2006 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  January 25, 2006