IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-K-0314(JLK)

WILLIAM S. LIVERMORE, D.C.,

    Plaintiff,

v.

NEW YORK LIFE INSURANCE COMPANY, a New York Corporation; and
THE PAUL REVERE LIFE INSURANCE COMPANY, a Delaware Corporation; and
UNUMPROVIDENT CORPORATION, a Delaware Corporation,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby Orders that the within action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

So Ordered this 16 day of March, 2006.

BY THE COURT:

_John L. Kane_
U.S. District Court Judge